

**Mars Khaimov Law, PLLC**

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

E-mail: mars@khaimovlaw.com

October 11, 2022

**BY ECF**
Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Centre Street
New York, New York 10007

    Re:    <u>Re: Maddy v. Nature's Sunshine Products, Inc., 1:22-cv-7048-LGS</u>

To the Honorable Judge Schofield,

    Plaintiff submits this letter-motion in response to the Court's Order dated October 6, 2022 (Dkt. No. 7). Plaintiff's counsel just received notice yesterday from Defendant's attorney, Michael Stanger, Esq of the Utah-based firm Strong & Hanni that the Defendant is in the process of obtaining local counsel to appear in this action. As such, the Parties request that the initial pretrial conference currently scheduled for October 19, 2022 be given a two-week adjournment to November 2, 2022. Further, Plaintiff, on behalf of Defendant, respectfully requests that the Defendant be granted a one-week extension of its time to reply to the Complaint, currently set to expire on October 13, 2022. The requested new response date is October 20, 2022. This is the first time both reliefs are being requested and both Parties consent.

    The Parties thank the court for its attention and consideration to this matter.

    Respectfully submitted,

    <u>/s/ Mars Khaimov</u>
    *Attorneys for Plaintiff*

Cc: Michael Stanger, esq.

Application **GRANTED**. The initial pretrial conference scheduled for October 19, 2022, is adjourned to **November 2, 2022, at 4:00 P.M.** At that time, the parties shall call 888-363-4749 and use the access code 558-3333. The deadline for the parties to file the joint letter and proposed civil case management plan and scheduling order is extended to **October 26, 2022, at 12:00 P.M.** The deadline for Defendant to answer or otherwise respond to the complaint is extended to **October 20, 2022**.

Dated: October 12, 2022
      New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE