```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
VERONICA MADDY,                               :
                           Plaintiff,         :
                                              :       22 Civ. 7048 (LGS)
            -against-                         :
                                              :       ORDER
NATURE'S SUNSHINE PRODUCTS, INC.,             :
                           Defendant.         :
                                              :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated October 12, 2022, required the parties to file a proposed case management plan and joint letter by October 26, 2022, at 12:00 P.M.;

WHEREAS, the initial pretrial conference is currently scheduled for November 2, 2022, at 4:00 P.M.;

WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

**ORDERED** the parties shall file a joint letter and proposed case management plan as soon as possible and no later than **October 28, 2022, at 3:00 P.M.**

Dated: October 27, 2022
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**